UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO NODAL,<br><br>         Plaintiff(s),<br><br>    v.<br><br>COUNTY FINANCIAL SERVICES,<br>et al.,<br><br>         Defendant(s). | No. C09-1590 PJH (BZ)<br><br>**ORDER SCHEDULING DEFAULT<br>JUDGMENT HEARING** |

It is **HEREBY ORDERED** that a hearing on plaintiff's application for default judgment is scheduled for **Wednesday, October 21, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the Servicemembers' Civil Relief Act may not be satisfied on information and belief. *See* 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)). The public website https://www.dmdc.osd.mil/scra/owa/home will provide the

1

current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.

Plaintiff should be prepared to prove his damages by competent testimony or other admissible evidence.  If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendants should attend the hearing if they contest the validity or amount of plaintiff's claim.  Seven days before the hearing, on **Wednesday, October 14, 2009**, plaintiff shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated:   August 21, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NODAL v. CTY FINAN SVCS\ORDER SCHEDULING DEFAULT JUDGMENT HEARING.wpd

2