UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELSO NODAL,

    Plaintiff,

    v.

COUNTY FINANCIAL SERVICES, et al.,

    Defendants.

_____/

No. C 09-1590 PJH

**NOTICE AND ORDER**

The court is in receipt of a stipulation and proposed order of dismissal filed by the parties on December 9, 2009. Based on the wording of the stipulation, however, it is unclear to the court whether the parties intend to dismiss only defendant County Financial Services from the action with prejudice, or rather, wish to dismiss the complaint in its entirety. Counsel are accordingly instructed to revise the stipulated dismissal and proposed order, and to re-file it for the court's consideration, if they intend to seek court action on their filing.

**IT IS SO ORDERED.**

Dated: January 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge