Eric S. Ludwig, Bar No. 201366
Michelle P. Ludwig, Bar No. 221486
**LUDWIG LAW CENTER**
505 S. Villa Real Drive, Suite 213
Anaheim Hills, CA 92807
(714) 283-1023 (PH)
(714) 283-2651 (FAX)

**Attorneys for Defendants**
COUNTY FINANCIAL SERVICES,
RECOVERY SPECIALISTS,
PATRICK CONNICK, and JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO NODAL, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY FINANCIAL SERVICES, RECOVERY SPECIALISTS, PATRICK CONNICK, and JOHN DOE, <br><br> Defendants. | Case No. CV 091590 PJH <br><br> STIPULATION AND ORDER OF DISMISSAL |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective counsel of record, that plaintiff hereby withdraws and requests dismissal, with prejudice, pursuant to Rule 41(a) (1)(2) of the Federal Rules of Civil Procedure, as it relates only to defendant, Automotive Funding Group, Inc. dba: County Financial Services. This dismissal is with prejudice, and County Financial Services shall have no obligations, liabilities, either individually, jointly, or otherwise

///
///
///
///
///

as it relates to any other defendant.

**IT IS SO STIPULATED.**

Dated: 3/3/10                      HYDE & SWIGART

                                   BY: _____
                                   RANA LASHGARI,
                                   Attorneys for Plaintiff
                                   Celso Nodal


Dated: 3/3/10                      LUDWIG LAW CENTER

                                   BY: _____
                                   ERIC S. LUDWIG,
                                   Attorneys for Defendant
                                   Automotive Funding Group, Inc.
                                   dba: County Financial Services


## ORDER

Pursuant to the stipulation of the parties, plaintiff's Complaint against Automotive Funding Group, Inc., dba County Financial Services shall be dismissed, with prejudice:

**IT IS SO ORDERED.**

Dated: 3/15/10                     _____
                                   PHYLLIS J. HAMILTON
                                   UNITED STATES DISTRICT JUDGE

                                   *IT IS SO ORDERED*
                                   *Judge Phyllis J. Hamilton*

LUDWIG LAW CENTER
505 S. Villa Real Dr.,
Anaheim Hills, CA 92807