# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Celso Nodal <br><br>　　　　　Plaintiff, <br><br>v. <br><br>County Financial Services, Asset Recovery Specialists, Patrick Connick, and John Doe | **Case Number: C-09-1590 PJH** <br><br>**[~~Proposed~~] Order** <br><br><br>**Judge: Phyllis J. Hamilton** |

Based upon Plaintiff's recent motion, and good cause appearing, the Court hereby orders Defendants Asset Recovery Specialists, Patrick Connick, and John Doe dismissed in the above-captioned action without prejudice

Dated: 9/13/10



Phyllis J. Hamilton
District

HYDE & SWIGART
San Diego, California